UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SHANIKA R HOBBS,

          Plaintiff,

                                       Case No. 19-cv-1788-bhl

    v.

PITNEY BOWES,

          Defendant.

---

## ORDER DENYING MOTION TO REDACT

---

On May 20, 2024, *pro se* plaintiff Shanika Hobbs filed a motion seeking redactions of her name and address in this already-closed case and in a separate civil case pending before Judge Stadtmueller (Case No. 24-cv-0503-jps). (ECF No. 21.) This is Hobbs's third request to seal or redact information in this case, (*see* ECF Nos. 17 & 19), and she repeats the same concerns about "experiencing issues searching for employment" and being targeted for potential fraud due to compromised personal information unrelated to this matter. The Court has twice explained to Hobbs that she has not provided cause to seal her case, (*see* ECF Nos. 18 & 20), and her repetition of the same justifications is no more persuasive to her latest request to redact her name. "Information that affects the disposition of litigation belongs in the public record unless a statute or privilege justifies nondisclosure." *United States v. Foster*, 564 F.3d 852, 853 (7th Cir. 2009); *see also Baxter Int'l, Inc. v. Abbott Lab'ys*, 297 F.3d 544, 545 (7th Cir. 2002) (noting that information filed with the court is presumptively public). Her request will again be denied. Hobbs is warned that if she files further meritless requests on this issue, the Court may impose financial sanctions against her.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Redact, ECF No. 21, is **DENIED**.

Dated at Milwaukee, Wisconsin on May 23, 2024.

                                      s/ Brett H. Ludwig
                                      BRETT H. LUDWIG
                                      United States District Judge